IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

A.H., by and through her parent
CYNDI HARTER                                                                                          PLAINTIFFS

v.                                          No. 2:16-CV-2166

PARIS SCHOOL DISTRICT;
R. WAYNE FAWCETT, Individually and
in his official capacity as Superintendent;
and MELISSA HANEY, Individually and
in her official capacity as Director of
Special Education                                                                                      DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed on this date, IT IS ORDERED AND ADJUDGED that the Plaintiffs' Americans with Disabilities Act claim, § 504 of the Rehabilitation Act claim, and all constitutional law claims in this matter are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that the Court declines to exercise supplemental jurisdiction over the state tort claims, and those are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of April, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE